

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v.  Jose Juan Zacarias | 10-MJ-1691 |
| DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Thursday July_ , _15_ , at _11:00_ ☑a.m. / ☐p.m. before the Honorable _Ralph Zarefsky_ , in Courtroom _Duty-341_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _7/13/10_           _Ralph Zarefsky_
                           U.S. District Judge/Magistrate Judge