1
2
3
4
5
6
7



8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    )   Case No.: CR 10-00797-DDP
11 |           Plaintiff,         )
                                  )   ORDER OF DETENTION
12 | v.                           )
                                  )   [Fed. R. Cim. P. 32.1(a)(6);
13 | JOSE JUAN ZACARIAZ,          )   18 U.S.C. § 3143(a)]
                                  )
14 |           Defendant.         )
                                  )
15 |_____)

16   The defendant having been arrested in this District pursuant to a warrant issued by
17 the United States District Court for the _Central District of California_ for alleged
18 violation(s) of the terms and conditions of his/her [probation] [supervised release]; and
19   The Court having conducted a detention hearing pursuant to Federal Rule of
20 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);
21   The Court finds that:
22 A.   ( ✓) The defendant has not met his/her burden of established by clear and
23       convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
24       3142(b) or (c). This finding is based on _Nature of the offenses;_
25       _noncompliance with the terms of supervised release_
26       _including failures to report and failures to participate_
27       _in substance abuse treatment program_
28       and/or

B.  ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _____

_____

_____

_____

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 8, 2013

*/s/ Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge